Frank Fronckowiak, as Executor, etc., Appellant, v. John Platek, as Administrator, etc., Respondent.— Judgment affirmed, with costs. All concurred.

The City of Corning, Appellant, v. The New York Central and Hudson River Railroad Company, Respondent, Impleaded with the Fall Brook Railway Company.— Judgment, so far as appealed from, affirmed, with costs. All concurred, except McLennan, P. J., and Lambert, J., who dissented upon the ground that the entire structure between the two stone abutments constitutes a bridge within the meaning of the statute.*

John Henry Wallace, Respondent, v. Village of Canandaigua, Appellant.— Judgment and order reversed and new trial granted, with costs to appellant to abide event. Held, that the evidence fails to establish that the defendant maintained a nuisance. All concurred, except Foote, J., who dissented; Robson, J., not sitting.

Spencer B. Parker, Respondent, v. The Erie Railroad Company, Appellant.— Judgment and order reversed and new trial granted, with costs to appellant to abide event. Held, that evidence of visual experiments after the accident was improperly received. (*Green* v. *Long Island R. R. Co.*, 131 App. Div. 277.) All concurred, except Foote and Robson, JJ., who dissented.

Leslie G. Loomis and Leslie G. Loomis, Jr., Copartners, under the Firm Name of L. G. Loomis & Son, Respondents, v. The New York Central and Hudson River Railroad Company, Appellant.— Judgment and order reversed and new trial granted, with costs to appellant to abide event. Held, that the words " Grand St." in the bill of lading indicate the address of the consignee, and the fact that there is a Grand street freight yard does not create an ambiguity sufficient to justify submitting to the jury the question of whether the words " Grand St." were used to designate such freight yard as a place of delivery. All concurred, except Kruse and Robson, JJ., who dissented.

Albert Piasecki, Respondent, v. Crosstown Street Railway Company of Buffalo and International Railway Company, Appellants.— Judgment and order affirmed, with costs. All concurred.

George A. Peters, Respondent, v. International Railway Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

The Atlas Shoe Company, Appellant, v. Frank B. Wilcox, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concurred.

---

* See Railroad Law (Gen. Laws, chap. 39; Laws of 1890, chap. 565), § 64, added by Laws of 1897, chap. 754, as amd. by Laws of 1902, chap. 140; since amd. by Laws of 1909, chap. 153; now Railroad Law (Consol. Laws, chap. 49; Laws of 1910, chap. 481), § 93.— [Rep.